491 Pa. 414 (1980)
421 A.2d 205
WARREN CAR COMPANY and Travelers Insurance Company
v.
WORKMEN'S COMPENSATION APPEAL BOARD and Wesley M. Cressley.
Appeal of Wesley M. CRESSLEY.
Supreme Court of Pennsylvania.
Argued September 24, 1980.
Decided November 3, 1980.
Bernard J. Hessley, Warren, for appellant.
James P. Lay, III, Gifford & Lay, Erie, for appellee.

*415 ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted. 41 Pa.Cmwlth. 141, 398 A.2d 753.